IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LARRY G. SALINAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) Civil Action No. 5:05-CV-056-C |
| Defendant. | ) ECF |

## ORDER

Plaintiff is appealing an adverse decision of the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge filed her Report and Recommendation on November 29, 2005. No written objections have been filed. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered cause is hereby dismissed with prejudice.

Dated January 23, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT